United States Courts
Southern District of Texas
FILED
*October 21, 2026*
Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:26-cr-689** |
| | § | |
| **ERIC MERCADO (1)** | § | |
| **ERICA MERCADO (2)** | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

On or about May 14, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ERIC MERCADO (1)
ERICA MERCADO (2)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. The substance involved a quantity of less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
**(Possession with Intent to Distribute Controlled Substance)**

On or about May 14, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**ERICA MERCADO (2)**

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled

substance. The substance involved a quantity of less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
**(Possession or Transfer of a Machinegun)**

On or about June 2, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ERICA MERCADO (2)**

defendant herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly possess a machinegun, to wit: a Glock 9 mm firearm, equipped with an attached machine gun conversion device, designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1), 924(a)(2), and 2(a).

**COUNT FOUR**
**(Possession or Transfer of a Machinegun)**

On or about June 3, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ERIC MERCADO (1)**
**ERICA MERCADO (2)**

defendants herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly possess a machinegun, to wit: Glock machinegun conversion devices, designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1), 924(a)(2), and 2(a).

**COUNT FIVE**

**(Possession with Intent to Distribute Controlled Substance)**

On or about June 8, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ERIC MERCADO (1)**
**ERICA MERCADO (2)**

defendants herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. The substance involved a quantity of less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**
**(Possession or Transfer of a Machinegun)**

On or about June 8, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ERIC MERCADO (1)**
**ERICA MERCADO (2)**

defendants herein, aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly possess a machinegun, to wit: a tan Glock 19X firearm and a black Glock 22 firearm, equipped with attached machine gun conversion devices, designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C. Section 5845(b).

In violation of Title 18 United States Code, Sections 922(o)(1), 924(a)(2), and 2(a).

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts One, Two, and Five in the Indictment, offenses in violation of Title 21, United States Code, Section 841, the following is subject to forfeiture:

a. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

b. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. Upon conviction of Counts Three, Four, and Six in the Indictment, the Defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by Title 28, United States Code, Section 2461(c) and by Title 26, United States Code, Section 5872(a): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including any and all machineguns, to wit: a machinegun and/or a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

A TRUE BILL:

Original signature on file

Grand Jury Foreperson

AARON F. REITZ
UNITED STATES ATTORNEY

Michael Day
MICHAEL DAY
ASSISTANT UNITED STATES ATTORNEY